

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-17-00680-CV

**IN THE INTEREST OF A.J.M., A CHILD,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02783
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal of the October 5, 2017 order terminating Appellant's parental rights, Appellant's brief was due to be filed with this court on November 27, 2017. *See* Tex. R. App. P. 38.6(a). On the brief's due date, Appellant filed a motion for a twenty-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant's brief is due to be filed in this court by December 18, 2017. *See id.* Further motions for extension of time to file Appellant's brief are discouraged. *See* Tex. R. Jud. Admin. 6.2, (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court